# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00124-CV

**Detran Levy, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT**
**NO. AG 07-001250, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Detran Levy appeals the district court's final order appointing a non-parent as managing conservator for his daughter and appointing him possessory conservator with standard visitation rights. Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. *See* Tex Fam. Code Ann. § 107.013 (West 2008) (stating that indigent parent is entitled to appointed counsel in proceedings by governmental entity seeking to terminate the parent-child relationship or seeking appointment as temporary managing conservator). The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See In re L.K.H.*, No. 11-10-00080-CV, 2010 WL 3621840, at *1 (Tex. App.—Eastland Sept. 16, 2010) (abatement order, not released for publication) (applying *Anders* in appeal from order appointing Texas Department of Family and Protective Services as permanent managing

conservator), *motion granted*, 2011 WL 846067, at *1 (Tex. App.—Eastland Mar. 10, 2011, no pet.) (mem. op.); *cf. Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights); *In re K.S.M.*, 61 S.W.3d 632, 634 (Tex. App.—Tyler 2001, no pet.) (noting that whether proceeding is criminal or civil "makes no difference in the duties court-appointed counsel owes his or her client"); *In re A.W.T.*, 61 S.W.3d 87, 88 (Tex. App.—Amarillo 2001, no pet.) (stating that "[t]he rationale underlying *Anders* is no less applicable to a civil matter in which counsel has been appointed to represent the appellant" because it is premised on attorney's need to balance zealous representation of client against prohibition against prosecuting meritless appeal). Counsel has certified to this Court that he provided appellant with a copy of the *Anders* brief and a notice of his right to examine the appellate record and file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. Finding nothing in the record that might arguably support an appeal, we grant counsel's motion to withdraw and affirm the trial court's order.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Rose

Affirmed

Filed: July 12, 2012